Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUL -2 PM 3:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By KNW _____ DEPUTY

ERIN GOSS, on Behalf of Herself and All others Similarly Situated

Plaintiff

vs

THE HERSHEY COMPANY; HERSHEY CANADA, INC.; MARS, INC.; MARS CANADA, INC.; MASTERFOODS USA; NESTLE S.A.; NESTLE USA; NESTLE CANADA INC.; CADBURY SCHWEPPES PLC; CADBURY SCHWEPPES AMERICAS; CADBURY ADAMS USA LLC; CADBURY ADAMS CANADA INC.; ITWAL LTD.

Defendants

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1176 J JMA**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alreen Haeggquist
Haeggquist Law Group
501 West Broadway, Suite A-276
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL - 2 2008
DATE

By K. HAMMERLY, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)