# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

August 29, 2008

Clerk, U.S. District Court
Middle District of Pennsylvania
228 Walnut Street, Rm. 1060
Harrisburg, PA 17108–0983

Re: Erin Goss v. Hershey Company, et al., Case No. 3:08–cv–01176–L–JMA

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ K. Johnson, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

**FILED**

AUG 2 9 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:         [202] 502-2888
http://www.jpml.uscourts.gov

August 11, 2008

Mary E. D'Andrea, Clerk
P.O. Box 983
Harrisburg, PA 17108-0983

08CV1176-L(JMA)

**FILED**
**HARRISBURG, PA**

AUG 1 1 2008

MARY E. D'ANDREA, CLERK
Per _____

Re: MDL No. 1935 -- IN RE: Chocolate Confectionary Antitrust Litigation

(See Attached CTO-4)

Dear Mr. D'Andrea:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 24, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Tanisha Spinner
Deputy Clerk

Certified from the record
Date _____
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Christopher C. Conner
    Transferor Judges:   Judge Rosemary M. Collyer; Judge M. James Lorenz; Judge Mary Lou Robinson;
                         Judge T. John Ward
    Transferor Clerks:   W. Samuel Hamrick, Jr.; Nancy Mayer-Whittington; David J. Maland

JPML Form 36

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**JUL 2 4 2008**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION                                    MDL No. 1935

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-4)**

On April 7, 2008, the Panel transferred 15 civil actions to the United States District Court for the
Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. *See* 542 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 55 additional actions have
been transferred to the Middle District of Pennsylvania. With the consent of that court, all such
actions have been assigned to the Honorable Christopher C. Conner.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Middle District of Pennsylvania and assigned
to Judge Conner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle
District of Pennsylvania for the reasons stated in the order of April 7, 2008, and, with the consent
of that court, assigned to the Honorable Christopher C. Conner.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Middle District of Pennsylvania. The transmittal of this order to said Clerk
shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk
of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

**A CERTIFIED TRUE COPY**

AUG 1 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION**                                           MDL No. 1935

### SCHEDULE CTO-4 - TAG-ALONG ACTIONS

**<u>DIST</u>. <u>DIV</u>. <u>C.A. #</u>**          **<u>CASE CAPTION</u>**

CALIFORNIA SOUTHERN
  CAS 3  08-1176          Erin Goss v. The Hershey Co., et al. *1: CV- 08-1515*

DISTRICT OF COLUMBIA
  DC  1  08-1079          Wendy M. Cresswell v. The Hershey Co., et al. *1: CV-08-1516*

TEXAS EASTERN
  TXE 2  08-266           Brookshire Grocery Co. v. The Hershey Co., et al. *1: CV- 08-1517*

TEXAS NORTHERN
  TXN 2  08-131           United Supermarkets, LLC v. The Hershey Co., et al. *1: CV- 08-1518*

IN RE: CHOCOLATE CONFECTIONARY
ANTITRUST LITIGATION

MDL No. 1935

## INVOLVED COUNSEL LIST (CTO-4)

Barry Barnett
SUSMAN GODFREY LLP
901 Main Street
Suite 5100
Dallas, TX 75202

Allen D. Black
FINE KAPLAN & BLACK RPC
1835 Market Street
28th Floor
Philadelphia, PA 19103

Jonathan D. Brightbill
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Suite 1200
Washington, DC 20005

Michael M. Buchman
POMERANTZ HAUDEK BLOCK GROSSMAN
  & GROSS LLP
100 Park Avenue
26th Floor
New York, NY 10017

Fernando M. Bustos
MCCLESKEY HARRIGER BRAZILL & GRAF
P.O. Box 6170
Lubbock, TX 79493-6170

Cadbury Schweppes America
389 Interpace Pkwy.
Parsippany, NJ 07054-1198

Cadbury Schweppes PLC
25 Berkeley Square
London, WIJ 6HB United Kingdon

Bryan L. Clobes
CAFFERTY FAUCHER LLP
1717 Arch Street
Suite 3610
Philadelphia, PA 19103

Robert Gerard Eisler
COHEN MILSTEIN HAUSFELD & TOLL PLLC
150 East 52nd Street
30th Floor
New York, NY 10022

Lawrence A. Gaydos
HAYNES & BOONE LLP
901 Main Street
Suite 3100
Dallas, TX 75202

Mark S. Goldman
GOLDMAN SCARLATO & KARON PC
101 W. Elm Street
Suite 360
Conshohocken, PA 19428

Alreen Haeggquist
INTERNATIONAL PRACTICE GROUP
1350 Columbia St., Suite 500
San Diego, CA 92101

Gregory P. Hansel
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546

Hershey Canada Inc.
2350 Matheson Blvd. E.
Mississauga ON, L4W 5E9 Canada

Daniel Hume
KIRBY MCINERNEY LLP
830 Third Avenue, 10th Floor
New York, NY 10022

Fred T. Isquith, Sr.
WOLF HALDENSTEIN ADLER FREEMAN
  & HERZ LLP
270 Madison Avenue
New York, NY 10016

**MDL No. 1935 - Involved Counsel List (CTO-4) (Continued)**

Joseph C. Kohn
KOHN SWIFT & GRAF PC
One South Broad St., Suite 2100
Philadelphia, PA 19107-3389

Christopher Lovell
LOVELL STEWART HALEBIAN LLP
500 Fifth Ave., Floor 58
New York, NY 10110

Mars Canada Inc.
27 Holland Drive
Bolton, ON L7E 5S4 Canada

David Marx, Jr.
MCDERMOTT WILL & EMERY LLP
227 W. Monroe St., Suite 4700
Chicago, IL 60606-5096

Stefan M. Meisner
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, DC 20005-3096

Dianne M. Nast
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601

Nestle Canada Inc.
25 Sheppard Avenue West
North York, Ontario, M2N 6S8
Canada

Nestle SA
Avenue Nestle 55
CH-1800, Vevey, Vaud
Switzerland

Nestle Suisse S.A.
Avenue Nestle 55
CH-1800, Vevey, Vaud
Switzerland

Dennis P. Orr
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY 10104-0012

Joseph A. Ostoyich
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Stuart M. Paynter
PAYNER LAW FIRM PLLC
1200 G Street, N.W.
Suite 800
Washington, DC 20005

Bernard Persky
LABATON SUCHAROW LLP
140 Broadway, 33rd Floor
New York, NY 10005

Warren Rubin
LAW OFFICES OF BERNARD M GROSS PC
John Wanamaker Building, Suite 450
Juniper and Market Streets
100 Penn Square East
Philadelphia, PA 19107

Aaron M. Sheanin
GIRARD GIBBS LLP
601 California St., Suite 1400
San Francisco, CA 94108

Eugene A. Spector
SPECTOR ROSEMAN & KODROFF PC
1818 Market St., Suite 2500
Philadelphia, PA 19103

Michael O. Ware
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820

Michael Weitzner
LAW OFFICE OF MICHAEL WEITZNER
1523 New Hampshire Ave., N.W.
Washington, DC 20036