

PAMDEfilingstat@pamd.uscourts.gov
09/03/2008 03:44 PM

To: InterdistrictTransfer_CASD@casd.uscourts.gov
cc:
bcc:
Subject: Transferred case has been opened

```
CASE: 3:08-cv-01176

DETAILS: Case transferred from California Southern
has been opened in Middle District of Pennsylvania
as case 1:08-cv-01515, filed 09/02/2008.
```